**E-FILED**
Friday, 27 September, 2013  02:01:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

MICHAEL DAVIS )
\* R69794          Plaintiff )
)
vs. )Case No. _____
)
DONALD MORDNEY, )
KIMBERLY KELLEY, )
S.SIMPSON, RANDY PFISTER, )
DAVID LINGLE and PATRICK HASTINGS )
Defendant(s) )

### COMPLAINT

☒42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_____

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff,  MICHAEL DAVIS , and states as
follows:                                R69794

My current address is:  P.O.Box 99  PONTIAC, IL  61764

The defendant DONALD MORDNEY, is employed as CORRECTIONAL OFFICER
PONTIAC CORRECTIONAL CENTER at 700 W.LINCOLN ST. PONTIAC, IL 61764

The defendant KIMBERLY KELLEY, is employed as CORRECTIONAL COUNSELOR
PONTIAC CORRECTIONAL CENTER at 700 W.LINCOLN ST. PONTIAC, IL 61764

The defendant S. SIMPSON , is employed as GRIEVANCE OFFICER AT TIME
PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN ST. PONTIAC. IL 61764

The defendant RANDY PFISTER , is employed as WARDEN
PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN ST. PONTIAC, IL 61764

(revised 9/96)

The defendant DAVID LINGLE , is employed as CLINICAL SERVICE SUPERVISOR
PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN ST. PONTIAC, IL 61764

THE DEFENDANT PATRICK HASTINGS IS EMPLOYED AS COUNSELOR

Additional defendants and addresses PONTIAC C.C. 700 W. LINCOLN ST. PONTIAC IL 61764

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes   ☐   No  ☒

If yes, please describe

N/A

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes   ☐   No  ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

N/A

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

6. Approximate date of filing of lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ No ☐  If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☒  No ☐
   *PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

3

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS
OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE
ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS
RELATING TO YOUR GRIEVANCE.

PLAINTIFF SUBMITTED TIMELY GRIEVANCES TO
DEFENDANTS WHICH THE DEFENDANTS REFUSED
TO PROCESS AND RETURN PLAINTIFFS GRIEVANCES,
SEE COUNT II. OF THIS COMPLAINT WHICH
STATE HOW THE DEFENDANTS MADE THE
GRIEVANCE PROCEDURE "UNAVAILABLE" TO PLAINTIFF.

4

# STATEMENT OF CLAIM

## COUNT I.

## EXCESSIVE FORCE

1. ON JUNE 20, 2012 PLAINTIFF WAS A INMATE INCARCERATED AT PONTIAC CORRECTIONAL CENTER ASSIGNED TO THE SOUTH UNIT, (PROTECTIVE CUSTODY).

2. ON JUNE 20, 2012 PLAINTIFF WAS ON 1 GALLERY SOUTH UNIT WALKING BY CELL 152 LOOKING BEHIND TALKING TO ANOTHER INMATE.

3. AS PLAINTIFF WAS TALKING PLAINTIFF ACCIDENTLY LIGHTLY BUMPED IN TO OFFICER DEFENDANT DONALD MORONEY.

4. DEFENDANT MORONEY TURNED TO FACE PLAINTIFF AND PLAINTIFF IMMEDIATELY BEGAN APOLOGIZING TO DEFENDANT MORONEY SAYING "IM SORRY MORONEY IT WAS AN ACCIDENT".

5. DEFENDANT MORONEY THEN WITH FORCE SWUNG HIS FOREARM AGAINST PLAINTIFF'S JAW, THROAT AND UPPER CHEST AREA CAUSING PLAINTIFF TO STUMBLE BACKWARD AND EXPERIENCE PAIN AND A LOSS OF BREATH.

6. DEFENDANT MORONEY THEN GRABBED PLAINTIFF'S ARM AND TWISTED PLAINTIFF'S WRIST AND PULLED PLAINTIFF'S ARM BEHIND PLAINTIFF'S BACK CAUSING EXTREME PAIN TO PLAINTIFF'S WRIST AND ARM.

7. DEFENDANT MORONEY THEN SLAMMED PLAINTIFF FACE FIRST IN TO THE WALL CAUSING PAIN TO PLAINTIFF'S FACE AND HEAD.

8. DEFENDANT MORONEY CONTINUED HIS EXCESSIVE FORCE AND CRUEL AND UNUSUAL PUNISHMENT BY THROWING PLAINTIFF DOWN TO THE FLOOR AND PLACED HIS KNEE ON PLAINTIFF'S BACK AND PLACED HANDCUFFS ON PLAINTIFF'S WRIST.

9. DURING THE FOLLOWING MONTH DEFENDANT MORONEY HARASSED AND INTIMIDATED PLAINTIFF WHICH CAUSED PLAINTIFF TO FEAR FOR PLAINTIFF'S SAFETY.

10. ABOUT JULY 21, 2012 PLAINTIFF SUBMITTED A STAFF MISCONDUCT AND ASSAULT GRIEVANCE AGAINST DEFENDANT MORONEY.

11. PLAINTIFF SUBMITTED THE GRIEVANCE TO COUNSELOR KIMBERLY KELLEY WHICH COUNSELOR KELLEY REFUSED TO PROCESS AND RETURN PLAINTIFF'S GRIEVANCE.

12. PLAINTIFF ALSO ON AUGUST 8 2012 SUBMITTED AN EMERGENCY GRIEVANCE TO WARDEN RANDY PFISTER INFORMING HIM THAT PLAINTIFF HAD ALREADY BEEN ASSAULTED BY MORONEY AND THAT MORONEY CONTINUES TO HARASS PLAINTIFF AND THAT PLAINTIFF FEARS FOR PLAINTIFF'S SAFETY.

13. WARDEN PFISTER DEEMED PLAINTIFF'S GRIEVANCE AS NON-EMERGENCY, SEE ATTACHED EXHIBIT A.

6

14. About August 8, 2012 Plaintiff also submitted a staff misconduct assault grievance against defendant Moroney to grievance officer defendant S. Simpson.

15. Defendant S. Simpson only responded sending Plaintiff a memorandum and did not process or return Plaintiff's grievance, see Exhibit B. .

16. Defendant S. Simpson memorandum indicate that she contacted Internal Affairs with Plaintiff's safety concerns.

17. On May 30, 2013 Plaintiff again filed a staff misconduct assault grievance against Moroney.

18. On May 30, 2013 Plaintiff also filed a conspiracy grievance against defendants Kelley, Pfister, S. Simpson, Lingle and Hastings for depriving Plaintiff right to invoke the grievance procedure.

19. On June 12, 2013 defendant Moroney approached Plaintiff and stated, "When are you going to drop this dumb shit because you're going to lose.

20. After being assaulted by defendant Moroney parts of Plaintiff's body was sore for weeks.

7

DEFENDANT DONALD MORONEY ACTED UNDER COLOR OF STATE LAW IN HIS INDIVIDUAL CAPACITIES IN THE AFOREMENTIONED MALICIOUS CONDUCT KNOWINGLY CAUSING PLAINTIFF BODILY HARM. DEFENDANT MORONEY WITH SOLE PURPOSE USED EXCESSIVE FORCE CAUSING PLAINTIFF UNNECESSARY AND WANTON INFLICTION OF PAIN. DEFENDANT MORONEY'S ACTIONS WERE MALICIOUSLY AND SADISTICALLY CRUEL AND UNUSUAL PUNISHMENT VIOLATING PLAINTIFF'S, (a) EIGHTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION, AND (b) 42 U.S.C. 1983.

WHEREFORE, PLAINTIFF PRAYS THE HONORABLE COURT TO ENTER A DECLARATORY JUDGMENT THAT THE DEFENDANT MORONEY VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHTS AND PLAINTIFF REQUEST AS FOLLOW;

(a) ENTER A DECLARATORY JUDGMENT THAT DEFENDANT MORONEY USED EXCESSIVE FORCE AGAINST PLAINTIFF CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT.

(b) AWARD PLAINTIFF COMPENSATORY DAMAGES FROM DEFENDANT MORONEY IN A SUM OF $ 20,000.

(c) AWARD PLAINTIFF PUNITIVE DAMAGES FROM DEFENDANT MORONEY IN A SUM OF $ 10,000.

(d) AWARD PLAINTIFF ATTORNEY FEES.

(e) AWARD PLAINTIFF ANY OTHER RELIEF THIS HONORABLE COURT DEEMS JUST.

# CONSPIRACY TO DEPRIVE PETITION FOR REDRESS OF GRIEVANCE

21. ON JUNE 20, 2012 PLAINTIFF AN INMATE AT PONTIAC CORRECTIONAL CENTER WAS PHYSICALLY ASSAULTED BY OFFICER DONALD MORONEY.

22. ABOUT JULY 21, 2012 PLAINTIFF TIMELY SUBMITTED A STAFF MISCONDUCT ASSAULT GRIEVANCE AGAINST MORONEY TO COUNSELOR DEFENDANT KIMBERLY KELLEY.

23. PLAINTIFF WAS CONTINUOUSLY BEING HARRASSED AND INTIMIDATED BY OFFICER MORONEY AND SUBMITTED AN EMERGENCY GRIEVANCE TO DEFENDANT WARDEN RANDY PFISTER ON AUGUST 8, 2012.

24. PLAINTIFF'S EMERGENCY GRIEVANCE STATED HOW MORONEY HAD ASSAULTED PLAINTIFF AND CONTINUE TO HARRASS AND INTIMIDATE PLAINTIFF.

25. TWO DAYS LATER ON AUGUST 10, 2012 DEFENDANT PFISTER RETURNED PLAINTIFF'S GRIEVANCE DEEMING PLAINTIFF'S GRIEVANCE AS NON EMERGENCY, SEE EXHIBIT A.

26. ABOUT AUGUST 8, 2012 PLAINTIFF ALSO SUBMITTED A STAFF MISCONDUCT ASSAULT GRIEVANCE AGAINST MORONE TO GRIEVANCE OFFICER DEFENDANT S. SIMPSON.

27. A FEW DAYS LATER DEFENDANT S. SIMPSON RESPONDED BY SENDING PLAINTIFF A MEMORANDUM INDICATING THAT SHE CONTACTED INTERNAL AFFAIRS WITH PLAINTIFF'S SAFETY CONCERS, SEE EXHIBIT B.

28. Grievance Officer Defendant S. Simpson Never did Process and Return Plaintiff's Grievance But only Sending Plaintiff A memorandum Exhibit R.

29. After Submitting Plaintiff's Initial Grievance to Counselor Defendant Kimberly Kelley From August 2012 to December 2012 Plaintiff More Than Ten Times Face-To-Face Ask Defendant Kelley For A Response And Return Of Plaintiff's Grievance.

30. Defendant Kelley Repeatedly Told Plaintiff That Internal Affairs Has Plaintiff's Grievance Against Maroney.

31. Plaintiff Continued To Ask Defendant Kelley For A Response To Plaintiff's Grievance During January 2013.

32. Defendant Kelley Then claimed That Counselor Defendant Patrick Hastings Has Plaintiff's Grievance.

33. January 2013 Plaintiff Submitted A Letter To Defendant Hastings And sent A Copy Of The Letter To Clinical Service Supervisor Defendant David Lingle.

34. Plaintiff's Letter Stated How Plaintiff Was Attacked By Officer Maroney And How Defendant Kelley Have Refused To Process And Return Plaintiff's Grievance.

35. PLAINTIFF'S LETTER ALSO INFORMED DEFENDANT HASTINGS THAT DEFENDANT KELLEY TOLD PLAINTIFF THAT HE HAS PLAINTIFF'S GRIEVANCE.

36. PLAINTIFF REQUESTED TO DEFENDANT HASTINGS IN THE LETTER THAT PLAINTIFF'S GRIEVANCE BE EXPIDITED IN AN APPROPRIATE MANNER.

37. DEFENDANT KELLEY NEVER DID PROCESS AND RETURN PLAINTIFF'S GRIEVANCE AGAINST MORONEY AND DEFENDANTS HASTINGS AND LINGLE NEVER DID RESPOND TO PLAINTIFF'S LETTER, SEE EXHIBIT C. COPY OF LETTER,

38. ON MAY 30,2013 PLAINTIFF AGAIN SUBMITTED A STAFF MISCONDUCT GRIEVANCE AGAINST MORONEY RELATING TO THE JUNE 20,2012 ASSAULT.

39. ON MAY 30,2013 PLAINTIFF ALSO SUBMITTED A CONSPIRACY GRIEVANCE AGAINST DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE FOR CONSPIRING TO DENY PLAINTIFF HIS RIGHT TO INVOKE THE GRIEVANCE PROCEDURE. SEE EXHIBITS D & E.

40. A COUPLE WEEKS LATER PLAINTIFF RECEIVED A MEMORANDUM FROM THE GRIEVANCE REFUSING TO PROCESS PLAINTIFF'S GRIEVANCES.

41. THE GRIEVANCE OFFICER REPLY WAS THAT PLAINTIFF'S GRIEVANCES WERE NOT TIMELY SUBMITTED, SEE EXHIBIT F.

42. JUNE 26 2013 PLAINTIFF THEN SENT PLAINTIFF'S TWO GRIEVANCES EXHIBITS D & E TO THE ADMINISTRATIVE REVIEW BOARD.

43. ALTHOUGH PLAINTIFF'S CONSPIRACY GRIEVANCE EXPLAINED HOW DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE MADE THE GRIEVANCE PROCEDURE UNAVAILABLE TO PLAINTIFF THE ADMINISTRATIVE REVIEW BOARD REFUSED TO PROCESS PLAINTIFF'S TWO GRIEVANCES. SEE EX. G.

44. THE ADMINISTRATIVE REVIEW BOARD STAMPED THE DATE JULY 1, 2013 ON PLAINTIFF'S GRIEVANCES AND RETURNED PLAINTIFF'S GRIEVANCES.

45. DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE CONSPIRED TO COVER UP PLAINTIFF BEING ASSAULTED BY MARONEY BY CONSPIRING TO DEPRIVE PLAINTIFF TO PETITION FOR REDRESS OF GRIEVANCE, COMMITTING CIVIL CONSPIRACY AND VIOLATING PLAINTIFF'S FIRST AMENDMENT RIGHT.

46. DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE CONSPIRED NOT TO ALLOW PLAINTIFF'S GRIEVANCES TO BE PROCESSED TO LATER CLAIM PLAINTIFF FAILED TO EXHAUST ADMINISTRATIVE REMEDIES.

DEFENDANTS KIMBERLY KELLEY, RANDY PFISTER, S. SIMPSON, PATRICK HASTINGS AND DAVID LINGLE ALL ACTED UNDER COLOR OF STATE LAW IN THEIR INDIVIDUAL CAPACITIES IN THE AFOREMENTIONED INTENTIONAL AND WRONGFUL CONDUCT. DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE WITH CULPABLE STATE OF MINDS AND MEETING OF THE MINDS KNOWINGLY AND MALICIOUSLY CONSPIRED TO DEPRIVE PLAINTIFF HIS RIGHT TO PETITION FOR REDRESS OF GRIEVANCE AND DENY PLAINTIFF ACCESS TO THE COURTS CONSTITUTING THE ACT OF (A) CIVIL CONSPIRACY UNDER 42 U.S.C. 1983, (b) VIOLATION OF PLAINTIFFS FIRST AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION AND ( C ) VIOLATION OF 42 U.S.C. 1983.

WHEREFORE, PLAINTIFF PRAYS THE HONORABLE COURT TO ENTER A DECLARATORY JUDGMENT THAT DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE VIOLATED PLAINTIFF'S UNITED STATES CONSTITUTIONAL RIGHTS AND PLAINTIFF REQUESTS RELIEF AS FOLLOW;

(A) ENTER A DECLARATORY JUDGMENT THAT DEFENDANTS KELLEY, PFISTER, SIMPSON, HASTINGS AND LINGLE CONSPIRED TO DEPRIVE PLAINTIFF HIS RIGHT TO PETITION FOR REDRESS OF GRIEVANCE AND DENIED PLAINTIFF ACCESS TO THE COURTS COMMITING CIVIL CONSPIRACY AND VIOLATING PLAINTIFF'S FIRST AMENDMENT RIGHTS.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

(b) AWARD PLAINTIFF COMPENSATORY DAMAGES FROM EACH
DEFENDANT IN A SUM OF $ 5000.

(c) AWARD PLAINTIFF PUNITIVE DAMAGE FROM EACH DEFENDANT
IN A SUM OF $ 1,000.

(d) AWARD PLAINTIFF ATTORNEY FEES.

(e) AWARD PLAINTIFF ANY OTHER RELIEF THE HONORABLE
COURT DEEMS JUST.

**JURY DEMAND**          Yes ☒    No ☐

Signed this ___26___ day of __September__ ,
__2013__

( *Signature of Plaintiff*)

*Michael Davis*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael T. Davis | R69794 |
| Address: | Telephone Number: |
| P.O. BOX 99 Pontiac Il 61764 | |

EXHIBIT A

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 8 - 8 - 2012 | Offender: (Please Print) Michael Davis | ID#: R69744 |
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: SP | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Statement for grievance

Officer Moroney continue's to bother And Harass me And I don't (Feel Safe) Around Him At All, in fact I'm completely scared for my life, he Already beat me up And because nothing has been done As far as disciplinary to this c/o he feels free to beat me up And Harass me further, Please Help me Immediately.

**Relief Requested:** _____

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| Michael Davis | R69744 | 8 / 8 / 2012 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| | | |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 8 / 10 / 12

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature     8 / 10 / 12
          Date

6 8/10          EXHIBIT B.



**Illinois**
Department of
**Corrections**

**Pat Quinn**
Governor

**S. A. Godinez**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE: _8-11-12_ R

TO: _Davis_ # _69794_   Cell _____

FROM: Grievance Officer    _Staff Conduct—_
Pontiac Correctional Center

SUBJECT: Attached Grievance:  _FEARS FOR HIS LIFE,_

Date Received: _8-11-12_

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Written response required.

_____ Use proper Committed Person's Grievance (DOC 0046)

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director)

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

_____ Issue has been previously addressed on _____. Nor justification for further consideration

_____ Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.)

☒ Other: _Contact Internal Affairs with your safety concerns._

EXHIBIT C.

01/19/13

Counselor Hastings
Clinical Service-PCC

Dear Mr. Hastings,

My name is Michael Davis #R69744
I am in the South Protective Custody Unit.
Approximately June of 2012 I was attacked
by C/O Moronie, P.C.C. Internal Affairs inter-
viewed me concerning the attack and I.A. from
Springfield also interviewed me.

I filed my grievance approximately three
(3) weeks after the attack and interviews. I
hand delivered my grievance to Counselor
Kim Kelly. For the past four (4) months I
have been requesting (each week during drug
management class) that she provide me my
grievance or a copy of it. For twenty (20)
weeks she has been telling me she forgot
to bring my grievance. Recently, last week
Kim Kelly told me that Counselor Hastings
(you) have my grievance

Therefore I am writing you to a)
confirm that you have my grievance and b)
to request a copy of the pending grievance

EXHIBIT C.

It is my further request that the Stated grievance be expidited in an appropriate Manner - As it has been on file for virtually Six (6) months.

Thank you for your time and assistance in this urgent matter

Respectfully

/s/ Michael Davis
Michael Davis #

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**     EXHIBIT D.

| Date: May 30, 2013 | Offender: (Please Print) Michael Davis | ID#: R69794 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report ___ Facility where issued

*Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.*

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On June 20, 2012 while i was standing at the end of one gallery by cell 152 south house without justification officer Donald Moroney recklessly with force swung his forearm into my upper chest and throat area causing me to stumble backward and experience a loss of breath. Moroney then grabbed my arm and twisted my wrist and pulled my arm up behind my back causing extreme pain to my arm and wrist. Moroney then slammed me face first into the wall causing pain to my face and head.      continue →

**Relief Requested:** _____

_____

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Davis | R69794 | 06/05/2013 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response** (if applicable)

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Inmate Issues

JUL 1 2013

| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date ____/____/____ |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Moroney then slammed me down on the floor and placed his knee on my back with pressure and put handcuffs on my wrist. July 21, 2012 i initially submitted a grievance against Moroney for assaulting me to my then counselor Kimberly Kelley. For the past nine months i've repeatedly asked Kimberly Kelley to respond and return my grievance and she would tell me that internal affairs have my grievance. the Kimberly Kelley began telling me that counselor hastings has my grievance. i sent counselor hastings and clinical service supervisor David Tingle letters requesting the respose and return of my grievance to no avail. to this day officer Moroney has not been discipline.

see accompanying grievance of conspiracy against pontiac C-C Clinical service and idoc investigators.


### My Relief Requested

a. that Kimberly Kelley process and return my initial grievance and not lie and claim she never had my grievance.

b. that the state police investigate the claims stated in this grievance including interviewing inmate witnesses that observed Moroney assult me.

c. that Donald Moroney be relieved from being a correctional officer, (fired), additionally i seek to press criminal charges.

d. that i be compensated $ 30,000.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

EXHIBIT E.

| Date: May 30, 2013 | Offender: (Please Print) Michael Davis | ID#: R69794 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) Conspiracy

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On June 20, 2012 I was assaulted by officer Donald Moroney which he hit me in my chest throat area, twisted my wrist and arm and slammed me face first into a wall. July 2012 I submitted my grievance against Moroney to my then counselor Kimberly Kelley. For the past nine months I repeately asked Kimberly Kelley to respond and return my grievance which she repeatedly responded that internal affairs has my grievance. then she began saying that counselor Hastings has my grievance.                 continue →

Relief Requested: _____

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Davis                      R69794                  05/30/2013
Offender's Signature                  ID#                      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Inmate Issues

JUL 1 2013

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I sent letters to Counselor Hastings and clinical service supervisor David Ziegle asking for a response and return of my grievance to no avail. Previously i had also sent an emergency grievance to Warden Pfister informing him that Moroney assaulted me and continue to harass me. Warden Randy Pfister deemed my grievance as 'not an emergency'. see accompanying copy of my emergency grievance dated September 19, 2012.

Relating to Moroney assulting me i was Interviewed by Pontiac c.c. internal affairs and the Idoc internal affairs, as well as Inmate Witnesses. Its obvious that clinical service, internal affairs, Pontiac administration and the Department of Corrections have "Conspired" to deny me my right to Invoke the grievance procedure. The above mentioned also conspired to 'cover up' moroney assaulting me. i also was told by a lieutenant on May 25, 2013 that clinical service and internal affairs said that i need a power of attorney to get my grievance back, which is ridiculous. the above mention have committed 'criminal conspiracy' covering up a crime committed by Donald moroney which Moroney assaulted me. Internal affairs destroyed my letter as well.

NOTE = since i cannot receive a response from the counselor, Im submitting this grievance and my assault grievance to the grievance officer and outside sources will be provided copies of both grievances

### My Relief Requested

a. that Kimberly Kelley respond and return my initial grievance and not lie and claim she never had my Grievance.

b. that the Illinois State Police investigate the claims stated in this grievance.

c. that Donald Moroney be relieved from being a correctional officer. (fired)

d. that if Moroney is not fired that i seek criminal Conspiracy charges against the above mentioned.

e. that i be compensated $ 10,000



EXHIBIT F.

**Pat Quinn**
Governor

**S. A. Godinez**
Director

**Illinois**
Department of
**Corrections**

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## MEMORANDUM

DATE: 6-11-13

TO: Davis # 69794 Cell _____

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Attached Grievance; _____ *Staff Conduct —*
*Moroney*
Date Received: 6-11-13 *(issue 6-20-12)*

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Written response required.

_____ Use proper Committed Person's Grievance (DOC 0046)

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director)

__X__ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

_____ Issue has been previously addressed on _____. Nor justification for further consideration

_____ Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.)

_____ Other: _____

Inmate Issues
JUL 1 - 2013

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

EXHIBIT Ga

Offender: _Jarvis_ _Michael_ _R69794_
Last Name / First Name / MI / ID#

Facility: _Pontiac_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _5/30/13_ or ☐ Correspondence: Dated: _____

Received: _07/01/13_ Regarding: _Staff Conduct /_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
  Date

☐ No justification provided for additional consideration.

Other (specify): _Contact Grievance Officer regarding response._

Completed by: _T. KEEN_   _[Signature]_   _7/12/13_
Print Name / Signature / Date