E-FILED
Monday, 08 August, 2016 04:23:30 PM
Clerk, U.S. District Court, ILCD

United States Court of Appeals
7th Circuit, Illinois

8/8/16 (date) by ___ (initials)
2 (# of pages)

Michael Davis        )    Appeal from the United
   Plaintiff-Appellant   )    States District Court for
           v.      )    the Central District of
No. 16-2471          )    Illinois.
                )      No. 1:13-cv-01462-SLD
                )
Donald Moroney, et al.,   )
   Defendants-Appellees.  )    Sara Darrow, Judge.

## Response To Court of Appeals' Order

In response to the court's order entered July 29, 2016, directing plaintiff to state why his appeal should not be limited to a review of the order entered on May 17, 2016, denying plaintiff's Motion for Relief from Final Judgment; plaintiff states as follows:

1. The reasons plaintiff's errors in timlieness should be excused here are the same reasons that were set forth in plaintiff's Motion for Relief From Final Judgment in the District Court.

2. The plaintiff is mentally retarded, and can barely read, and write.

3. The plaintiff has no understanding of the law or legal proceedings.

4. At the time plaintiff original Motion for Reconsideration was Denied, plaintiff did not have anyone to help him.

5. Unfortunately, the plaintiff has been preyed upon by other inmates, who charge him money to do "legal work", and never finish the job.

6. Without someone to help him, the plaintiff cannot read, or comprehend even the simplest orders from the court.

7. Again, plaintiff would like to turn this court's attention to Perez v. Fenoglio, 792 F.3d 768 (2015).

8. This case here, is similar to that, where plaintiff requested counsel several times but was denied by the District court, and the case was dismissed on procedural grounds.

9. Timliness, discovery requests, and other legal "complexities" are the exact type of pitfalls that counsel is for in civil cases such as this one.

10. Therefore, plaintiff respectfully requests that this Honorable Court excuse his untimliness and consider the entire record on appeal.

Date: August 6, 2016

Respectfully Submitted,

/s/ Michael Davis

Michael Davis #R67794
P.O. Box 99
Pontiac, IL 61764

Verification

Pursuant to Federal Rules and the Illinois Compiled Statutes I declare under penalty of perjury that the foregoing information is true and correct.

Executed on 8-6-16                    /s/

at Pontiac C.C.