E-FILED
Tuesday, 28 November, 2017  04:30:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHAEL DAVIS, #R-69794,      )
      )
      Plaintiff,      )
      )
      vs.      )      No. 13-1462-SLD-JEH
      )
DONALD MORONEY, et al.,      )
      )
      Defendants.      )

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant, DONALD MORONEY by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and for his Motion to Withdraw Counsel, states as follows:

1.      Assistant Attorney General Zechariah Tao-Yin Feng is no longer assigned to this matter.

2.      Assistant Attorney General Ayesha Patel is now assigned to represent the above-named Defendant in this matter and has entered her appearance herein.

3.      It is requested that Assistant Attorney General Zechariah Tao-Yin Feng be removed from the Court's service list as counsel for Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court to allow the withdrawal of Assistant Attorney General Zechariah Tao-Yin Feng, and that Assistant Attorney General Zechariah Tao-Yin Feng be terminated and removed from the service list as counsel for the Defendant named herein.

Respectfully submitted,

DONALD MORONEY,

    Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendant,

Ayesha Patel, #6318055
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 782-2077   Phone
(217) 524-5091   Fax
Email: apatel@atg.state.il.us

By:___s/ Ayesha Patel_____
    AYESHA PATEL
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHAEL DAVIS, #R-69794,     )
     )
     Plaintiff,     )
     )
     vs.     )     No. 13-1462-SLD-JEH
     )
DONALD MORONEY, et al.,     )
     )
     Defendants.     )

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, the foregoing document, *Motion to Withdraw as Counsel*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael A. Meneghini – mmeneghini@winston.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

By:   s/ Ayesha Patel
Ayesha Patel #6318055
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 782-2077   Phone
(217) 524-5091   Fax
Email: apatel@atg.state.il.us