IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-CV-1462 |
| vs. ) | |
| ) | |
| DONALD MORONEY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE
### AND MOTION TO VACATE THE TRIAL

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable. Accordingly, Defendant respectfully requests that the Court vacate the trial scheduled for July 30, 2019.

Defendant is filing this Notice and Motion with Plaintiff's approval and permission.

Dated: July 11, 2019

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendant*,
DONALD MORONEY

Respectfully submitted,

By:   s/   *Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing, *Defendant's Notice of Settlement in Principle and Motion to Vacate the Trial*, with the Clerk of Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

>Michael A. Meneghini
>Bryce A. Cooper
>WINSTON & STRAWN LLP
>mmeneghini@winston.com
>bcooper@winston.com

Respectfully submitted,

By:   *s/   Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us